IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

LYNNMARIE B. BRAY,

    PLAINTIFF,

v.

U.S. DISTRICT COURT, and MICHAEL J. ASTRUE, Commissioner of Social Security,

    DEFENDANTS.

No. 3:12-CV-0039

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SMYSER)

## ORDER

**NOW** this 22nd day of March, 2012, upon review of the Report and Recommendation of Magistrate Judge J. Andrew Smyser (Doc. 6) for clear error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 6) is **ADOPTED.**

(2)     The Clerk of Courts is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge

FILED
SCRANTON

MAR 2 2 2012

Per_____
    DEPUTY CLERK